FILED

2023 SEP 14 PM 12: 11

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIF.
LOS ANGELES
BY: ___TV___

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

MJ 23-04726

| | |
|---|---|
| UNITED STATES OF AMERICA  PLAINTIFF(S) | CASE NUMBER  4:23cr54 |
| v. | |
| CAMILLE LACHE SMITH  DEFENDANT(S). | DECLARATION RE OUT-OF-DISTRICT WARRANT |

The above-named defendant was charged by: __superseding indictment__
in the __Eastern__ District of __Virginia__ on __9/11/2023__
at ____ ☐ a.m. / ☐ p.m. The offense was allegedly committed on or about ____
in violation of Title __21__ U.S.C., Section(s) __846 and 841__
to wit: __conspiracy to distribute and possess with intent to distribute marijuana, cocaine, fentanyl, oxycodone and cocaine base__
A warrant for defendant's arrest was issued by: __EDVA USMJ Douglas E. Miller__

Bond of $ _____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach): ____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __09/14/2023__
Date

__[signature]__
Signature of Agent

__Jeron Tawai__
Print Name of Agent

__FBI__
Agency

__Special Agent__
Title